**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIDELA AVINA, individually and on behalf of all others similarly situated, ) ) ) | |
| PLAINTIFF, ) ) | |
| v. ) ) | Case No. 17-cv-06474 |
| GC SERVICES LIMITED PARTNERSHIP, ) ) ) ) ) | Hon. Andrea R. Wood |
| | Magistrate Judge Jeffrey Cole |
| DEFENDANT. ) | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, that the above referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation/Notice of Dismissal with Prejudice herein.

Dated: March 13, 2019

Respectfully submitted,

By: */s/Celetha C. Chatman*

Celetha Chatman
**Community Lawyers Group, Ltd.**
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com

## **CERTIFICATE OF SERVICE**

I, Celetha Chatman, an attorney, hereby certify that on March 13, 2019 a copy of the foregoing Notice of Service was served upon all parties of record via the court's CM/ECF system.

/s/Celetha C. Chatman
Celetha C. Chatman


Celetha Chatman
**Community Lawyers Group, Ltd.**
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com